FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSAW., | No. 1:25-cv-03198-RHW |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** |
| vs. | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 12, 13, 14** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 14, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney L. Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1.  The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

2.  The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall instruct the ALJ to:

ORDER - 1

- Reevaluate the evidence;

- Offer Plaintiff the opportunity for a new hearing;

- Obtain vocational evidence;

- Take any further action needed to complete the administrative record; and

- Issue a new decision.

ECF No. 14 at 1-2.

3.      Judgment shall be entered for **PLAINTIFF**.

4.      Plaintiff's Opening Brief, **ECF No. 12**, is **STRICKEN AS MOOT**.

5.      The parties' Motion For Extension of Time, **ECF No. 13**, is **GRANTED**.

6.      Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 29, 2026.

_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2